IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOEY L. STOVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 20-cv-119-MAB[1] |
| | ) |
| COMMISSIONER of SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MEMORANDUM AND ORDER

**BEATTY, Magistrate Judge:**

Plaintiff has filed a Notice of Voluntary Dismissal with Prejudice. (Doc. 19). Defendant has not responded, and the time for doing so has expired.

Plaintiff's request to dismiss is **GRANTED**.

The Clerk of Court shall enter judgment dismissing this cause of action with prejudice.

**IT IS SO ORDERED.**

**DATE:  July 1, 2020.**

s/ Mark A. Beatty
**MARK A. BEATTY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c).  See, Docs. 12, 13.